

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00347-CV

| | | |
|---|---|---|
| Texas Forest Properties, Inc. and Joon Seok Park | § | From the 211th District Court |
| | § | of Denton County (2011-30624-211) |
| v. | | |
| | § | November 27, 2013 |
| Nara Bank | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that Appellants Texas Forest Properties, Inc. and Joon Seok Park shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM